**Electronically Filed
Supreme Court
SCWC-12-0000120
09-FEB-2015
02:11 PM**

SCWC-12-0000120

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

MAY LYNN MAUKELE, Respondent/Petitioner-Appellee,

vs.

NICANOR E. CASUMPANG, JR., Petitioner/Respondent-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000120; DC TRO NO. 12-1-0020)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Respondent-Appellant Nicanor E. Casumpang, Jr.'s application for writ of certiorari filed on December 30, 2014, is hereby rejected.

DATED: Honolulu, Hawai'i, February 9, 2015.

Nicanor E. Casumpang, Jr.
petitioner pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

